**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND, and JOHN J.
VIRGA, in his fiduciary capacity as Director,

and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT
COUNCIL OF GREATED NEW YORK,

                    Plaintiffs,

-against-

CREATIVE CORP.,

                    Defendant.
-----------------------------------------------------------X

19 **CIVIL** 2151 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 12, 2019, the Petition to confirm the Award is granted; judgment is entered against Defendant in the amount of $62,299.27; accordingly, the case is closed.

**Dated:** New York, New York
December 13, 2019

                                        RUBY J. KRAJICK
                                        _____
                                          Clerk of Court
BY:
                                        _____
                                          Deputy Clerk

                                THIS DOCUMENT WAS ENTERED
                                ON THE DOCKET ON 12/13/2019